UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL E. DUNST<br><br>[DA 7547]<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>et al. | CIVIL ACTION<br><br>No. 04-4422 |

**ORDER**

AND NOW, this 10th day of August, 2005, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.[1]

2. The petition for Writ of *Habeas Corpus* is DISMISSED.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

_____

Pollak, J.

---

[1] The court notes, however, that in the first full paragraph on page 4 of the R & R, Magistrate Judge Caracappa quotes from 28 U.S.C. § 2244(d)(2), but inadvertently cites to 28 U.S.C. § 2254(d)(2). The correct cite should be to 28 U.S.C. § 2244(d)(2).